IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-02258-WYD-CBS

KAREN MEDINA,

     Plaintiff,

v.

SHIRLEY BRIDGE, District Director, Office of Workers Compensation Programs; and ELAINE L. CHAO, Secretary of United States Department of Labor;

     Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

     Defendants' Unopposed Motion for Leave to Submit Response [# 6], filed January 5, 2007, is **GRANTED.**  Defendants' Response to Plaintiff's Motion to Dismiss is accepted for filing.  Further, the parties shall contact Magistrate Judge Schaffer regarding the February 2, 2007, Scheduling Conference.

     Dated:  January 8, 2007