IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-02258-WYD-CBS

KAREN MEDINA,

    Plaintiff,

v.

SHIRLEY BRIDGE, District Director, Office of Workers Compensation Programs; and ELAINE L. CHAO, Secretary of United States Department of Labor;

    Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

The Plaintiff has filed a Motion to Dismiss [# 4].  The Court will construe this motion as a notice of dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(1). In their Response [# 6], Defendants state that they do not oppose dismissal of this case.  After careful review of the file, the Court has concluded that the notice should be approved and that Plaintiff's claims against the Defendants should be **DISMISSED WITHOUT PREJUDICE**.

THEREFORE IT IS ORDERED as follows:

That Plaintiff's Notice of Dismissal [# 4] is **APPROVED**; and that Plaintiff's claims against the Defendants are **DISMISSED WITHOUT PREJUDICE**, each party to pay its own attorney's fees and costs.  In light of this dismissal, It is

FURTHER ORDERED that the February 2, 2007, scheduling conference is **VACATED.**

Dated: January 12, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge